

Before GOLDBERG, GODBOLD, and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

ON PETITION FOR REHEARING AND PETITION FOR RE-HEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

Orzell Billingsley, Jr., Birmingham, Ala., Nathaniel Jones, William Wills, New York City, for plaintiff-appellant.

C. A. Powell, III, C. John Holditch, Birmingham, Ala., for defendant-appellee; Lange, Simpson, Robinson & Somerville, Birmingham, Ala., of counsel.

Before JOHN R. BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21.[2]

Richard James ROGERS, Plaintiff-Appellant,

v.

WHITE TRUCKS, a division of White Motor Corporation, Birmingham, Alabama, Defendant-Appellee.

No. 71–1559

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 13, 1971.

Rehearing Denied Sept. 28, 1971.

Ben HITCHCOCK, Plaintiff-Appellant,

v.

STATE OF ARIZONA, Frank A. Eyman, Warden, et al., Defendant-Appellee.

No. 71–1119.

United States Court of Appeals, Ninth Circuit.

July 20, 1971.

Rehearing Denied Aug. 6, 1971.

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1. Hyler v. Reynolds Metal Co., 5 Cir., 1970, 434 F.2d 1064.

2. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.